IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 14-3807 RB |
| ) | |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): |
| ) | Possession With Intent to Distribute 50 |
| ) | Grams and More of Methamphetamine; |
| MONIQUE MARTINEZ, ) | 18 U.S.C.§ 2: Aiding and Abetting. |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about March 18, 2014, in Eddy County, in the District of New Mexico, the defendant, **MONIQUE MARTINEZ**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C.§ 2.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_Ray Castillo_
_____
Assistant United States Attorney

10/28/14 5:21PM